# 778     Cases Reported with Brief Syllabi.

Abraham Elias, Respondent, v. Annie Benjamin, Appellant.— Motion granted.

Cynthia A. Ford, Respondent, v. Frederick W. Brooks and Another, Appellants.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Frank Fenza, Respondent, v. Metal Package Corporation of New York, Appellant.—Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Louis Gordon, Respondent, v. William Arnoff and Another, Appellants.—Award reversed, and matter remitted to the State Industrial Board. All concur.

Thomas E. Goodman, Respondent, v. Frank A. Raven, Appellant.— Judgment and order unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Mary A. Hood, Respondent, v. Job E. Hedges, as Receiver of New York Railways Company, Appellant.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. John Hogan, Respondent, v. William A. Gerbe and Another, Appellants.—Award reversed and matter remitted to the State Industrial Board, without costs. All concur.

Before State Industrial Board, Respondent. Margaret Ireland, Respondent, v. Morris Astrachan and Another, Appellants.— Motion denied, without costs.

William J. Kearns, Respondent, v. Albert L. Kearns, Appellant. (Action No. 1.) William J. Kearns, Respondent, v. Albert L. Kearns, Appellant. (Action No. 2.) — Order unanimously affirmed, with ten dollars costs and disbursements.

Before State Industrial Board, Respondent. Alice J. Kavanaugh and Others, Respondents, v. The White Tar Company and Another, Appellants.— Award of April 1, 1924, affirmed. Award of September 13, 1925, reversed and claim, under section 14-a of the Workmen's Compensation Law,* dismissed. No costs or disbursements. All concur.

Before State Industrial Board, Respondent. Josephine Klingberg, Respondent, v. Carl Petterson and Another, Appellants.—Award reversed and matter remitted to the State Industrial Board, without costs. All concur.

Before State Industrial Board, Respondent. Maria Kuklikis, Respondent, v. Powers-Kennedy Contracting Company and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, without costs. All concur.

Before State Industrial Board, Respondent. Catherine Lennon, Respondent, v. Joseph Kelly and Another, Appellants.— Motion denied.

Lestershire Spool and Manufacturing Company, Respondent, v. Pennsylvania Textile Mills, Inc., Appellant.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Joseph Lundgren, Respondent, v. Bailey Table Company and Another, Appellants,— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence of serious facial disfigurement. All concur.

Before State Industrial Board, Respondent. Theodore La Rue, Respond-

* Added by Laws of 1923, chap. 572.— [Rep.